**92–2394.** Hal Artz Lincoln–Mercury, Inc. v. Ford Motor Co., Lincoln–Mercury Div. *Franklin County*, No. 91AP–1493. On motions for leave to file *amicus* of Ohio Automobile Dealers Association and Greater Cleveland Automobile Dealers Association. Motions granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

On motions to strike. Motions denied.

PFEIFER, J., would also grant a ten-day extension of time.

**92–2617.** State v. Owens. *Summit County*, No. 15607. On motion for leave to file delayed appeal. Motion granted.

**92–2626.** State v. Johnson. *Cuyahoga County*, No. 61140. On motion for leave to file delayed appeal. Motion granted.

**93–1.** State v. Jamar. *Van Wert County*, No. 15–85–25. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

**93–4.** State v. Copeland. *Cuyahoga County*, No. 61607. On motion for leave to file delayed appeal, motion to withdraw as assigned counsel, and motion for extension. Motions granted.

**93–18.** State v. Creveniak. *Lorain County*, No. 90CA004860. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and PFEIFER, J., dissent.

**93–19.** Crosby v. Beam. *Lucas County*, No. L–91–116. On motion for leave to file notice of appeal instanter and motion to dismiss. Motion for leave granted and motion to dismiss overruled.

RESNICK, J., not participating.

**93–20.** State v. Wilson. *Cuyahoga County*, No. 62805. On motion for leave to file delayed appeal. Motion granted.

**93–22.** Broadview Hts. v. Abkemeier. *Cuyahoga County*, No. 60297. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–34.** Lakewood v. Pfeifer. *Cuyahoga County*, No. 62564. On motion for leave to file *amicus* of Ohio Municipal Attorneys Association. Motion granted.

**93–126.** State ex rel. Papp v. Norton. In Mandamus. On motion to expedite and on motion for peremptory writ. *Sua sponte*, alternative writ granted.

RESNICK, J., would grant the peremptory writ.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2307.** Kraly v. Van Newkirk. *Medina County*, No. 2098M.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–2330.** Hillman v. Hastings Mut. Ins. Co. *Franklin County*, No. 92AP–717. On motion and cross-motion to certify the record. Motions allowed.

PFEIFER, J., would allow on Propositions of Law Nos. I and II only.

WRIGHT, J., dissents.

**92–2343.** Cook v. Naveau. *Allen County*, No. 1921. On motion to certify the record. Motion allowed; *sua sponte*, this cause is held for the decision in 91–2001, *Rockey v. 84 Lumber Co.*, Cuyahoga County, Nos. 58610 and 58654; 91–2335, *Walsh v. Jagadeesan*, Stark County, No. CA–8407; and 92–248, *Copes v. Good Samaritan Hosp.*, Montgomery County, No. CA 12726; briefing schedule stayed.

**92–2346.** Reilly v. Richards. *Franklin County*, No. 91AP–1446.

PFEIFER, J., not participating.

**92–2382.** Sorrell v. Thevenir. *Gallia County*, No. 91–CA–4.

MOYER, C.J., and WRIGHT, J., dissent.